442 A.2d 361 .

Commonwealth v. Pippet, Appellant.

Submitted September 10, 1981.  Parke H. Ulrich, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.